**RACHAEL SWERNOFSKY**
Nevada Bar No. 15465
**QUILLING SELANDER LOWNDS**
**WINSLETT & MOSER, P.C.**
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
Telephone: (214) 560-5443
Facsimile:  (214) 871-2111
rswernofsky@qslwm.com
***Counsel for Trans Union LLC***

**Designated Attorney for Personal Service**
Kurt Bonds
Nevada Bar No.: 6228
6605 Grand Montecito Parkway, Suite 200
Las Vegas, NV 89149

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MARK J. CARLO,<br><br>                              Plaintiff,<br><br>v.<br><br>TRANS UNION LLC,<br><br>                              Defendant. | Case No. 2:22-cv-00114-JCM-BNW<br><br>**JOINT STIPULATION FOR WITHDRAWAL OF ATTORNEY JENNIFER BERGH** |

COME NOW Plaintiff Mark J. Carlo ("Plaintiff") and Defendant Trans Union LLC ("Trans Union") (collectively known as "the Parties"), by and through their respective counsel and, pursuant to Local Rule IA 11-6(b), hereby stipulate to the following:

1.      Jennifer Bergh has left the law firm of Quilling, Selander, Lownds, Winslett & Moser, P.C. to pursue another opportunity.

2.      Accordingly, the parties conferred and agree to the withdrawal of Jennifer Bergh as attorney for Trans Union.  Additionally, the Joint Stipulation for Withdrawal of Attorney Jennifer Bergh was served to Trans Union via email on March 19, 2022, and Trans Union is unopposed.

3.      Rachael Swernofsky, of the law firm Quilling, Selander, Lownds, Winslett & Moser, P.C., is licensed in the State of Nevada and has filed her Notice of Appearance as counsel for Defendant Trans Union. (Dkt. 12).

5502290.1

1    4.    Kurt Bonds, of the law firm Alverson Taylor & Sanders, has been designated as

2  attorney for personal service for Defendant Trans Union.

3    WHEREFORE, Plaintiff and Defendant respectfully request this Honorable Court to grant

4  the withdrawal of attorney Jennifer Bergh.

5  DATED: March 21, 2022

6  **QUILLING SELANDER LOWNDS**              **GLINER LAW**
   **WINSLETT & MOSER, P.C.**

7

8  */s/ Rachael Swernofsky*                  */s/ Mitchell D. Gliner*
   **RACHAEL SWERNOFSKY**                    **MITCHELL D. GLINER**

9  rswernofsky@qslwm.com                     mgliner@glinerlaw.com

10 Nevada Bar No. 15465                      3017 W. Charleston Blvd., Suite 95
   6900 N. Dallas Parkway, Suite 800         Las Vegas, NV 89102

11 Plano, Texas 75024                        (702) 870-8700
   (214) 560-5443                            (702) 870-0034 Fax

12 (214) 871-2111 Fax                        **Counsel for Plaintiff**
   **Counsel for Trans Union LLC**

13

14

15                    <u>**ORDER**</u>
                      **IT IS SO ORDERED**

16

17    **DATED:** 4:55 pm, March 22, 2022

18

19    **BRENDA WEKSLER**

20    **UNITED STATES MAGISTRATE JUDGE**

21

22

23

24

25

26

27

28