Mitchell D. Gliner, Esq.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV 89102
(702) 870-8700
(702) 870-0034 Fax
mgliner@glinerlaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

MARK J. CARLO,

    Plaintiff,

vs.

TRANS UNION LLC,

    Defendant

Case No. 2:22-cv-00114-JCM-BNW

STIPULATION AND ORDER
FOR DISMISSAL WITH PREJUDICE

Pursuant to F.R.C.P. 41(a)(1)(ii) and local rule 7-1(b) it is hereby stipulated by the parties hereto that Defendant be dismissed with prejudice, each party to bear their own costs and attorney's fees.

| MITCHELL D. GLINER, ESQ. | QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C. |
|---|---|
| /s/ Mitchell Gliner | /s/Rachael Swernofsky |
| MITCHELL D. GLINER, ESQ. | RACHAEL SWERNOFSKY, ESQ. |
| Nevada Bar No. 003419 | Nevada Bar No. 15465 |
| 3017 W. Charleston Blvd. # 95 | 6900 N. Dallas Parkway, Suite 800 |
| Las Vegas, Nevada 89102 | Plano, TX 75024 |
| Attorney for Plaintiff | Attorney for Defendant Trans Union |

IT IS SO ORDERED this 15th day of July, 2022.

_____
UNITED STATES DISTRICT JUDGE